USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EZRA ABED, JACOB AINI, and I.C.E. MARKETING,

Plaintiffs,

- against -

GHASSAN AZAR DINA SAMA'AN PLASTICS FACTORY, STARPLAST (ISRAEL) INC., and STARPLAST USA LLC,

Defendants.

**O R D E R**

08 Civ. 4404 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS**, plaintiffs commenced this action on May 9, 2008; and

**WHEREAS**, the only defendants to have appeared are Starplast (Israel) Inc. and Starplast USA LLC ("the Starplast defendants"); and

**WHEREAS**, plaintiffs were granted leave to file a First Amended Complaint on June 15, 2009 after the Starplast defendants brought a motion to dismiss; and

**WHEREAS**, plaintiffs were then permitted to file a Second Amended Complaint on September 18, 2009 in conjunction with their opposition to the second motion to dismiss brought by the Starplast defendants; and

**WHEREAS**, this Court granted the Starplast defendants' motion to dismiss on January 5, 2010; and

**WHEREAS**, the only remaining defendants are Ghassan Azar ("Azar") and Dina Sama'an Plastics Factory ("Dina Plastics"), and neither of these defendants have appeared; and

**WHEREAS**, these defendants were served with the original complaint, but not the subsequent amended complaints; and

**WHEREAS**, despite numerous reminders over several months to plaintiff's counsel regarding the necessity of serving the amended complaint on Azar and Dina Plastics, plaintiffs' counsel can offer no assurances that the plaintiffs will supply the necessary funding to effect service on these defendants in Jordan, without which, the court has been informed, such service will not be initiated; and

**WHEREAS**, the Court having given plaintiffs' counsel a final deadline to inform the Court of his clients' intentions in this regard and such deadline having passed; it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed for failure to prosecute without costs and with prejudice.

DATED: New York, New York
April 29, 2010

[signature]
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE